

COMMONWEALTH OF KENTUCKY
GREENUP CIRCUIT COURT
ACTION NO. 09-CI-_00122_

JANET BENTLEY,                                                                 PLAINTIFF,

VS.                                **COMPLAINT**

DIVERSICARE MANAGEMENT SERVICES COMPANY
D/B/A SOUTH SHORE NURSING AND
REHABILITATION CENTER,                                DEFENDANT.

Comes now the Plaintiff, by and through counsel, and for her cause of action herein states as follows:

1. That the Defendant, Diversicare Management Services Company is a corporation whose principle place of business is at 1621 Galleria Boulevard, Brentwood, Tennessee, 37027. Its registered agent for service of process is National Registered Agents, Inc., 400 W. Market Street, Suite 1800, Louisville, Kentucky, 40202.

2. That at all times referred to herein the Defendant Diversicare Management Services Company operated a business under the name South Shore Nursing and Rehabilitation Center and located at South Shore, Greenup County, Kentucky.

3. That on or about September 16, 2008 the Plaintiff entered the public facilities of the Defendant at South Shore, Greenup County, Kentucky for the purpose of visiting family members who were receiving services there.

4. That during the time that the Plaintiff was on the Defendant's premises, and while the Plaintiff was walking in an area intended for access and walking by members of the general public, the Plaintiff stepped on a foreign substance on the floor which was not readily visible to her in the exercise of ordinary care.

5. As a result of having stepped on the foreign substance in question, the Plaintiff fell to

floor suffering severe, permanent and debilitating injuries which have required surgical intervention, ongoing treatment, permanent disability, and pain and suffering in the past, currently and in the future. The Plaintiff's injuries as a result of the fall are permanent.

6. That the Plaintiff's fall was caused by the negligence of the Defendant, the failure of the Defendant to exercise ordinary care in maintaining the publicly traversed areas of its facility, the failure of the Defendant to keep a reasonable lookout for foreign substances in said area, the failure of the Defendant to have in place reasonable and prudent provisions for the inspection, maintenance and care of the common areas.

7. As a direct and proximate result of the negligence of the Defendant by acts and omissions the Plaintiff has suffered the serious, permanent and debilitating injuries set forth above. She has and will in the future incur medical expenses for cure and treatment of her injuries and rehabilitation thereof, she has and will in the future have been permanently impaired in her power to earn money, and she has and will in the future endure great pain and suffering, both physical and mental.

8. The amounts in controversy in this action exceed the minimum jurisdictional limits of this court.

WHEREFORE, the Plaintiff prays for relief as follows:

1. For such sums of money as will fairly and reasonably compensate her for medical expenses which she has and will in the future incur including rehabilitation expenses.

2. For such sums of money as will fairly and reasonably compensate her for permanent impairment of her power to earn money.

3. For such sums of money as will fairly and reasonably compensate her for pain and suffering, both physical and mental which she has and will in the future endure.

4. That she recover her costs herein expended and any and all other relief in law and equity to which she may appear entitled. A jury trial is demanded.

Respectfully submitted,

GORDON J. DILL, P.S.C.

BY: /s/ Gordon J. Dill
GORDON J. DILL
1527 CENTRAL AVENUE
P.O. BOX 2259
ASHLAND, KY 41105-2259
PH: (606) 329-8300
FAX: (606) 324-3551

Generated:   02/18/2009

| AOC-S-105   Sum Code: CI<br>Rev. 7-99<br>Commonwealth of Kentucky<br>Court of Justice<br>CR 4.02; Cr Official Form 1 | <br>Civil Summons | Case Number **09-CI-00122**<br>Court  CI<br>County  GREENUP |

*Plantiff,* BENTLEY, JANET   VS. DIVERSICARE MANAGEMENT SERVICES COMPANY, *Defendant*

DIVERSICARE MANAGEMENT SERVICES COMPANY,
1621 GALLERIA BOULEVARD
BRENTWOOD            TN    37027

02/20/2009
R#
R#

The Commonwealth of Kentucky to the above-named Defendant(s):

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with summons. Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.

Circuit/District Clerk ALLEN KENT REED
By _____, DC
Date: 02/18/2009

**Proof of Service**

[ ] This Summons was served by delivering a true copy and the Complaint (or other initiating document)
      To: _____
[ ] Not Served because: _____
Date: _____

Served by: _____

CI   09-CI-00122
BENTLEY, JANET   VS. DIVERSICARE MANAGEMENT SERVICES COMPANY

