UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT ASHLAND
Case No. 09-CV-00032

JANET BENTLEY,                                             PLAINTIFF,

VS.                              **MOTION**

DIVERSICARE MANAGEMENT SERVICES, CO
d/b/a SOUTH SHORE NURSING and
REHABILITATION CENTER ,                    DEFENDANT.

Comes now the Plaintiff and withdraws the Motion to assign this action for Trial by Jury.

This action stands assigned for Trial by Jury. The Motion was filed by mistake, the undersigned counsel apologizes to the court and opposing counsel for the inconvenience.

Respectfully submitted,

GORDON J. DILL, PSC

BY:_____/s/_____
GORDON J. DILL
P.O. BOX 2259
ASHLAND, KY 41105-2259
PH:(606)329-8300
FAX:(606) 324-3551

This is to certify that a true and
correct copy of the foregoing was
mailed, postage prepaid, to the
following:

Michael Smith, Esq.
401 West Main Street Suite 1000
One Riverfront Plaza
Louisville , KY 40202

This the ___26th___ day of __October__, 2009.

_____/s/_____
Gordon J. Dill