UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT ASHLAND
Case No. 09-CV-00032
*[Electronically Filed]*

JANET BENTLEY                                                  PLAINTIFF

v.

DIVERSICARE MANAGEMENT SERVICES, CO. d/b/a
SOUTH SHORE NURSING AND
REHABILITATION CENTER                            DEFENDANT

## DEFENDANT'S PRETRIAL MEMORANDUM

Defendant, Diversicare Management Services, Co.[1], hereby provides the following pretrial memorandum in accordance with the Court's Orders dated June 30, 2009 and April 13, 2010.

### I. Facts of the Case

On or about September 16, 2008, Plaintiff Janet Bentley entered the South Shore Nursing and Rehabilitation Center to visit family members who were residents of the facility. She was walking down a public hallway of the facility on her way out of a resident's room when she allegedly fell. Ms. Bentley claims that she slipped in a clear liquid and fell, injuring herself. No other persons witnessed Ms. Bentley's fall.

After her fall, Ms. Bentley was transported to Southern Ohio Medical Center (SOMC). While at SOMC, Ms. Bentley underwent surgery to repair a fractured left femur. During her stay at SOMC, Ms. Bentley also received treatment for pre-existing conditions which were unrelated to her alleged fall.

---

[1] Incorrectly sued as "Diversicare Management Services, Co. d/b/a South Shore Nursing and Rehabilitation Center."

**II. Questions of Fact**

The questions of fact anticipated by Defendant include the following:

A. <u>Whether Ms. Bentley Actually Slipped on a Clear Liquid at South Shore Nursing and Rehabilitation Center.</u>

Plaintiff contends that Ms. Bentley slipped on a liquid on the floor at South Shore Nursing and Rehabilitation Center. Defendant will dispute whether Ms. Bentley slipped on a liquid and will introduce witnesses that will testify that they did not see any liquid present on the floor prior to or after Ms. Bentley's fall.

B. <u>In the Alternative, if There Was Any Condition on the Floor Which Caused Ms. Bentley to Fall, Whether the Facility Staff Knew of, or in the Exercise of Ordinary Care Should Have Discovered It, in Sufficient Time to Remove it or Warn Plaintiff Before She Fell.</u>

Defendant will present evidence that, if there was any condition on the floor where Ms. Bentley fell, the staff at South Shore Nursing and Rehabilitation Center had no notice or knowledge of such a condition and did not have sufficient time to remove it or to warn Ms. Bentley.

C. <u>Whether, if There Was Any Condition on the Floor Which Caused Ms. Bentley to Fall, Said Condition Was Open and Obvious.</u>

Defendant will present evidence that, if there was any condition on the floor which caused Ms. Bentley to fall, the condition of the floor and the risk of falling were apparent to and would be recognized by a reasonable person in the position of Ms. Bentley exercising ordinary perception, intelligence and judgment.

D. <u>Whether Ms. Bentley Had Pre-Existing Medical Conditions that Caused or Contributed to Her Alleged Fall.</u>

Defendant will present evidence that Ms. Bentley had pre-existing medical conditions that caused or contributed to her alleged fall, including but not limited to weight problems and pre-existing knee problems that contributed to a history of falls. Defendant's witness, Dr. Scott

2

Klein, will testify that Ms. Bentley had a history of falls and that her health problems likely contributed to or caused Ms. Bentley's fall.

    E.  <u>Whether Ms. Bentley Exercised Ordinary Care for Her Own Safety.</u>

Defendant anticipates that a factual issue at trial will involve whether Ms. Bentley exercised ordinary care for her own safety, given her history of multiple falls and near falls, a history of knee problems, and other existing medical problems, and whether Ms. Bentley should have been using an assistive device, such as a cane, or should have been ambulating with the assistance of another person.

    F.  <u>Whether All of the Medical Bills Ms. Bentley Has Submitted to Defendant as Damages are Related to Her Fall or Whether Some of Those Bills Are for Pre-Existing or Unrelated Conditions.</u>

Plaintiff has provided Defendant with medical bills that Plaintiff claims relate to treatment she received as a result of her fall. Defendant will present evidence that some of Ms. Bentley's medical expenses were for treatments that were either for unrelated conditions or were for pre-existing conditions of Ms. Bentley. Defendant's witness, Dr. Scott Klein, will also testify that some of those medical expenses were unrelated to Ms. Bentley's fall.

### III.  Questions of Law

Defendant is aware of no questions of law at this time.

### IV.  Expected Evidentiary Objections

Defendant will object to the introduction of the following evidence:

- Any medical bills or records for which Plaintiff has provided no authentication or witness to sponsor the introduction of said records.

- Any documents, exhibits, or witness testimony that Plaintiff has not disclosed by the deadlines set by the Court in its Orders dated June 30, 2009 and April 13, 2010 for making pretrial disclosures in this case.

- Evidence relating to the financial condition of the Defendant.

There are no pending motions before the court other than the joint motion to reset the pretrial conference in this action.

Defendant reserves the right to supplement this pretrial memorandum as necessary.

Respectfully submitted,

**GWIN STEINMETZ & BAIRD, PLLC**

s/ Michael F. Sutton
Robert Y. Gwin
rgwin@gsmblaw.com
Michael F. Sutton
msutton@gsmblaw.com
401 West Main Street, Suite 1000
One Riverfront Plaza
Louisville, Kentucky 40202
Telephone: (502) 618-5700
Facsimile: (502) 618-5701

*Counsel for Defendant Diversicare Management Services, Co.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 12, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:  Robert Y. Gwin, Michael F. Sutton and Gordon J. Dill.

                                      s/ Michael F. Sutton
                                      Robert Y. Gwin
                                      rgwin@gsmblaw.com
                                      Michael F. Sutton
                                      msutton@gsmblaw.com
                                      401 West Main Street, Suite 1000
                                      One Riverfront Plaza
                                      Louisville, Kentucky 40202
                                      Telephone: (502) 618-5700
                                      Facsimile: (502) 618-5701

                                      *Counsel for Defendant Diversicare Management Services, Co.*